IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CASE NO. 10-31058-DHW
CHAPTER 13

JOE E BELL SR

LEOLA BELL

    Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and responds as follows to the debtor(s) objection ot the Trustee's Motion to Dismiss:

1. This case was filed on April 23, 2010 and confirmed on December 06, 2010.

2 . The case is five years old.

3. The last payment received by the Trustee was on December 16, 2015 in the amount of $473.73.

4. The approximate remaining balance is $1,179.57. This figure is subject to final audit.

Respectfully submitted on December 18, 2015.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

*/s/ Curtis C. Reding*

Curtis C. Reding
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor (s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on December 18, 2015.

*/s/ Curtis C. Reding*

Curtis C. Reding
Chapter 13 Trustee

Case 10-31058    Doc 90    Filed 12/18/15    Entered 12/18/15 21:21:06    Desc Main
Document      Page 1 of 1